# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

E–Link Plastic & Metal Industrial Co., Ltd.

                                      Plaintiff,

v.                                                       Case No.: 1:23–cv–16802

                                                                  Honorable Jeffrey I Cummings

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 19, 2023:

      MINUTE entry before the Honorable Jeffrey I Cummings: This case has been assigned to the calendar of Judge Jeffrey I. Cummings. Plaintiff's motion for leave to file under seal [8], plaintiff's motion for temporary restraining order [4], and plaintiff's motion for alternative service [6] are entered and continued. Upon review of the complaint and the TRO submissions, the Court sua sponte raises the proprietary of joinder of over 100 defendants in this case. See, e.g. Estee Lauder Cosmetics Ltd. v. Schedule A, 334 F.R.D. 182 (N.D.Ill. 2020). By 1/5/24, plaintiff shall file a supplemental memorandum addressing the propriety of joinder in light of the principles described in Estee Lauder. In the alternative, plaintiff has leave to file an amended complaint with a smaller subset of defendants along with its memorandum explaining specifically why each defendant is properly joined to all of the others. Estee Lauder, 334 F.R.D. at 189. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.