UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

E–Link Plastic & Metal Industrial Co., Ltd.

                Plaintiff,

v.                        Case No.: 1:23–cv–16802
                       Honorable Sunil R. Harjani

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 23, 2024:

  MINUTE entry before the Honorable Sunil R. Harjani: Plaintiff has filed a Second Amended Complaint [16] and Memorandum Establishing Joinder [17] as directed by Judge Cummings. At this preliminary stage and in the absence of adversarial presentation, the Court finds that joinder of 40 Defendants is proper at this time and this case may now proceed. Moreover, no defendants will be prejudiced by permitting joinder at this juncture. *See Bose Corp. v. Partnerships & Unincorporated Associations Identified on Schedule "A",* 334 F.R.D. 511, 517 (N.D. Ill. 2020). To the extent any defendant appears and objects to joinder, the Court will revisit the issue and is free to sever certain defendants from the case under Rule 21 at that time. Id. By 4/25/2024, Plaintiff shall refile the motion for entry of temporary restraining order and motion for alternative service which were denied without prejudice, edited as needed for the Second Amended Complaint and amended Annex A, and submit a corresponding proposed order to the Court's proposed order inbox. Counsel should also be aware that Judge Harjani presumptively requires a bond of $1,000 per defendant. Plaintiff should inform the Court of any circumstances that make such a bond inappropriate. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.