## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

E–Link Plastic & Metal Industrial Co., Ltd.

                                      Plaintiff,

v.                                                    Case No.: 1:23−cv−16802

                                                         Honorable Sunil R. Harjani

The Entities and Individuals Identified in Annex A, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 1, 2024:

      MINUTE entry before the Honorable Sunil R. Harjani: Plaintiff's Renewed Motion to Strike Defendant Mossime's Affirmative Defenses and Dismiss Counterclaims [82] shall be briefed as follows: Defendant Mossime's response is due by 10/11/2024 and Plaintiff's reply is due by 10/18/2024. Further, Plaintiff's Motion to Strike [71] is denied as moot because Defendant Mossime filed an Amended Answer with Counterclaims [75]. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.